IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00649-LTB

MUSTAPHA D.R. TORAIN,

    Plaintiff,

v.

SHERIFF DEPUTY GONZALES,
SHERIFF DEPUTY ANGERS,
SHERIFF DEPUTY HARRIS, and
SHERIFF SGT. GIOSO,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 22, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 22 day of April, 2013.

                                 FOR THE COURT,

                                 JEFFREY P. COLWELL, Clerk


                                 By: s/ S. Grimm
                                      Deputy Clerk